1

2

3

4

## UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6

## SAN JOSE DIVISION

7

8    ROGER WINSTON,                                Case No.  24-cv-00621-BLF

9                      Plaintiff,

10           v.                                    **JUDGMENT**

11    FORD MOTOR COMPANY,

12                      Defendant.

13

14

15           Judgment is hereby entered for Plaintiff Roger Winston and against Defendant Ford Motor

16    Company in accordance with the terms of the Offer of Judgment pursuant to Federal Rule of Civil

17    Procedure 68 made by Defendant Ford Motor Company and accepted by Plaintiff Roger Winston,

18    attached hereto.

19

20    Dated:  February 10, 2025

21                                                _____

22                                                BETH LABSON FREEMAN
                                                  United States District Judge

23

24

25

26

27

28

United States District Court
Northern District of California